1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LINDSEY A. MORGAN (SBN 274214)
   lmorgan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6  Attorneys for defendant
   Midland Credit Management, Inc.
7

8
                UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11  KIMBERLY WEICK,                 )   CASE NO.:
                                    )
12                                  )
                                    )
13           Plaintiff,             )   **DEFENDANT'S CERTIFICATE**
                                    )   **OF INTERESTED PARTIES**
14                                  )
        vs.                         )
15                                  )
                                    )
16  MIDLAND CREDIT                  )
    MANAGEMENT, INC.,               )
17                                  )
                                    )
18           Defendant.             )
                                    )
19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Midland Credit Management, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Midland Credit Management, Inc., a Kansas corporation; and
2. Encore Capital Group, Inc., a publicly-held Delaware corporation which trades on NASDAQ under the symbol "ECPG."

DATED: November 28, 2011        SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                LINDSEY A. MORGAN


                        By:     s/Lindsey A. Morgan
                                Lindsey A. Morgan
                                Attorneys for defendant
                                Midland Credit Management, Inc.